



★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00898-CV

**In re David RODRIGUEZ**

Original Mandamus Proceedings[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                Rebecca Simmons, Justice
                Steven C. Hilbig, Justice

Delivered and Filed:  December 31, 2008

PETITION FOR WRIT OF MANDAMUS DENIED

The court has considered relator's petition for a writ of mandamus and is of the opinion the relator is not entitled to the relief sought. Accordingly, relator's petition for a writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2008-CI-18211, styled *David Rodriguez v. First Choice Transmissions*, pending in the 285th District Court, Bexar County, Texas, the Honorable David A. Berchelmann, Jr. presiding.